UNITED STATES DISTRICT COURT
MIDDLEDISTRICT OF TENNESSEE

**UNIVERSAL TECHNOLOGIES, INC., and JESSE E. ROGERS,**

    Plaintiffs,

VS.

**FAYE CLEEK, CARLA BEAN, NICHOLAS BEAN, GAYE LAWDERMILK, CYNTHIA MATLOCK, UNIVERSAL SERVICES & SUPPLY, ARAIZA and ARAIZA COMPANY, LLC,**

    Defendants.

Case No. 2:14-cv-00091
Judge Sharp
Magistrate Judge Brown

<u>JURY DEMAND</u>

### JOINT MOTION TO DISMISS THE CASE AGAINST DEFENDANT CYNTHIA MATLOCK WITH PREJUDICE

COME NOW the Plaintiffs, Universal Technologies Inc. and Jesse E. Rogers, and Defendant Cynthia Matlock, by and through their undersigned counsel, and hereby file this Joint Motion to Dismiss the Case Against Defendant Cynthia Matlock with Prejudice. In support of this Motion, the parties state that this case has been voluntarily compromised and settled and, therefore, this case should be dismissed, with prejudice as to Defendant Cynthia Matlock only, with each party to bear its own costs, attorney fees, and expenses.

The parties respectfully request that the Court enter the Agreed Order of Dismissal with Prejudice attached as Exhibit 1.

    Respectfully Submitted,

    KING & BALLOW

    By:<u>/s/ Laura M. Mallory</u>

R. Eddie Wayland, BPR 6045
R. Douglas Hanson, II, BPR 017387
Laura M. Mallory, BPR 31917
rew@kingballow.com
dhanson@kingballow.com
lmallory@kingballow.com
315 Union Street, Suite 1100

Nashville, TN 37201
Tel: (615) 259-3456
Fax: 888-688-0482
*Attorneys for Universal Technologies, Inc., and Jesse E. Rogers*


By:/s/ Paul Kent Bramlett
Paul Kent Bramlett, BPR 7387
Robert Preston Bramlett, BPR 25895
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P. O. Box 150734
Nashville, Tennessee 37215-0734
Telephone:     615.248.2828
Facsimile:      866.816.4116

Buddy D. Perry, BPR 2662
Attorney at Law
P. O. Box 183
Winchester, Tennessee 37398
Telephone:     931.967.2676

*Attorneys for Defendant Cynthia Matlock*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served by ECF on all counsel of record by electronic means via CM/ECF of the District Court for the Middle District of Tennessee.

John F. Triggs (TN BPR #935568)
Ryan D. Levy (TN BPR #024568)
Paul C. Ney (TN BPR #011625)
Scott M. Douglass (TN BPR # 031097)
Patterson Intellectual Property Law, P.C.
1600 Division Street, Suite 500
Nashville, TN  37203
(615) 242-2400
*Attorneys for Defendants Faye Cleek, Araiza,*
*Gaye Lawdermilk and Universal Services & Supply,*

Dru Montgomery (TX BPR # 24010800)
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, TX 77706
(409) 866-3318
*Attorneys for Defendants Faye Cleek and ARAIZA*

Rocky Lawdermilk
2630 Liberty
Beaumont, TX 77702
Phone: (409) 838-1800
Facsimile: (409) 212-8836

Buddy D. Perry
Attorney at Law
TN Sup Ct #2662
P. O. Box 183
Winchester, Tennessee 37398
Telephone:     931.967.2676
Facsimile:     931.967.4011
*Attorneys for Defendants Carla*
*Bean, Nicholas Bean, Cynthia*
*Matlock & ARAIZA Company, LLC*

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P. O. Box 150734
Nashville, Tennessee 37215-0734
Telephone:     615.248.2828
Facsimile:     866.816.4116

/s/ Laura M. Mallory
Laura M. Mallory