# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

UNIVERSAL TECHNOLOGIES,
INC., and JESSE E. ROGERS,

    Plaintiffs,

VS.

FAYE CLEEK, CARLA BEAN,
NICHOLAS BEAN, GAYE
LAWDERMILK, CYNTHIA
MATLOCK, UNIVERSAL
SERVICES & SUPPLY, ARAIZA
and ARAIZA COMPANY, LLC,

    Defendants.

Case No. 2:14-cv-00091
Judge Sharp
Magistrate Judge Brown

**JURY DEMAND**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT CYNTHIA MATLOCK

COME NOW the Plaintiffs, Universal Technologies Inc. and Jesse E. Rogers, and Defendant Cynthia Matlock, by and through their undersigned counsel, and announce to the Court that this case has been voluntarily compromised and settled and, therefore, this case should be dismissed against Defendant Cynthia Matlock, with prejudice, with each party to bear its own costs, attorney fees, and expenses.

IT IS SO ORDERED this 21st day of December, 2016.

                                                  _Kevin H. Sharp_
                                                JUDGE SHARP

APPROVED FOR ENTRY:

*(signature)*

R. Eddie Wayland, BPR 6045
R. Douglas Hanson, II, BPR 017387
Laura M. Mallory, BPR 31917
rew@kingballow.com
dhanson@kingballow.com
lmallory@kingballow.com
315 Union Street, Suite 1100
Nashville, TN 37201

Tel: (615) 259-3456
Fax: 888-688-0482

*Attorneys for Plaintiffs*
*Universal Technologies, Inc., and Jesse E. Rogers*

*(signature)*

Paul Kent Bramlett, BPR 7387
Robert Preston Bramlett, BPR 25895
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P. O. Box 150734
Nashville, Tennessee 37215-0734
Telephone:     615.248.2828
Facsimile:     866.816.4116

Buddy D. Perry, BPR 2662
Attorney at Law
P. O. Box 183
Winchester, Tennessee 37398
Telephone:     931.967.2676

*Attorneys for Defendant Cynthia Matlock*

2

Case 2:14-cv-00091   Document 154   Filed 12/21/16   Page 2 of 2 PageID #: 4785