UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNIVERSAL TECHNOLOGIES, INC., and JESSE E. ROGERS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 2:14-cv-00091 ) Judge Sharp |
| FAYE CLEEK, CARLA BEAN, NICHOLAS BEAN, GAYE LAWDERMILK, CYNTHIA MATLOCK, UNIVERSAL SERVICES & SUPPLY, ARAIZA and ARAIZA COMPANY, LLC, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

For the reasons stated on the record at the hearing on January 13, 2017, the Court confirms the following rulings:

(1) The Joint Motion to Dismiss the Case Against Defendants Gaye Lawdermilk and Universal Services & Supply (Docket No. 167) is hereby GRANTED and Plaintiffs' claims against those Defendants are hereby DISMISSED WITH PREJUDICE.

(2) Defendants' Motions for Partial Summary Judgment (Docket Nos. 106 & 109) are hereby GRANTED IN PART and DENIED IN PART. The Motions are GRANTED with respect to Plaintiffs' intentional interference with business relationships and ERISA claims, but denied with respect to Plaintiffs' remaining claims.

(3) The Motion to Change Venue to Nashville (Docket No. 158) is hereby GRANTED.

(4) The Motion to Withdraw (Docket No. 114) filed by counsel for Defendants Faye Cleek and Araiza is hereby GRANTED with the understanding that the Patterson law firm shall provide

the services of Scott Douglass and Seth Ogden to assist M. Dru Montgomery in trial preparation and at trial.

(5) The parties shall mediate this case before Judge Turnbull by January 20, 2017.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE