# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNIVERSAL TECHNOLOGIES, INC., and JESSE E. ROGERS, | ) ) ) | Civ. No. 2:14-0091 |
| Plaintiffs, | ) ) ) | Judge Sharp<br>Magistrate Judge Brown |
| v. | ) ) | |
| FAYE CLEEK, CARLA BEAN, NICHOLAS BEAN, GAY LAWDERMILK, CYNTHIA MATLOCK, UNIVERSAL SERVICES & SUPPLY, ARAIZA and ARAIZA COMPANY, LLC. | ) ) ) ) ) ) | JURY DEMAND |
| Defendants. | ) ) | |

## [PROPOSED] CONSENT ORDER AMENDING ENTERED TERMS

On April 7, 2017, this Court entered an order entering the terms of the enforceable settlement agreement between all parties. (D.E. 240; hereinafter "Entered Terms".) The Entered Terms provided, in part, for the disbursement of funds held in escrow by the Court. On April 10, the Court determined that the amount of funds in escrow exceeded the amount accounted for in the Entered Terms. Accordingly, the Court hereby orders that the Entered Terms be amended in part as follows, with the only change underlined and in bold:

> Paragraph 2.d. is revised to state "$21,615.36 and any remaining funds from the payments described in paragraphs a, b and c above (the remainder not to exceed more than **$4,000**) payable to "The Heartfield Law Firm" and mailed to: The Heartfield Law Firm, 2195 Dowlen Road, Beaumont, TX 77706."

No other aspect of the Entered Terms (D.E. 240) is affected by this order.

**IT IS SO ORDERED.**

1

_____  _____

DATE  Kevin H. Sharp

CHIEF U.S. DISTRICT JUDGE

Respectfully submitted on April 10, 2017.

/s/ Doug Hanson
Doug Hanson BPR 017387
Eddie Wayland BPR 6045
Laura Mallory BPR 31917
King & Ballow
315 Union Street, Suite 1100
Nashville, TN 37201
T: (615) 726-5532
F: (888) 688-0482
dhanson@kingballow.com
rew@kingballow.com
lmallory@kingballow.com

*Attorneys for Plaintiffs Universal Technologies, Inc. and Jesse E. Rogers.*

/s/ John F. Triggs
John F. Triggs (BPR # 026718)
Ryan D. Levy (BPR #024568)
Scott M. Douglass (TN BPR # 031097)
Seth R. Ogden (TN BPR # 034377)
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.
Roundabout Plaza, Suite 500
1600 Division Street
Nashville, TN 37203
(615) 242-2400
jft@iplawgroup.com
rdl@iplawgroup.com
smd@iplawgroup.com
sro@iplawgroup.com

Dru Montgomery (TX BPR # 24010800)
(admitted *pro hac vice)*
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, TX 77706
(409) 866-3318
dru@heartfieldlawfirm.com

*Attorneys for Defendants Faye Cleek and Araiza.*

/s/ Paul Kent Bramlett
Paul Kent Bramlett BPR #7387

3

Robert P. Bramlett BPR #25895
Bramlett Law Offices
P.O. Box 150734
Nashville, TN 37215
T: (615) 248-2828
F: (866) 816-4116
pknashlaw@aol.com
robert@bramlettlawoffices.com

s/Buddy D. Perry
Buddy D. Perry BPR#2662
Perry Law Firm
P.O. Box 183
Winchester, TN 37324
T: (931) 967-2676
F: (931) 967-4011
buddydperry@bellsouth.net

*Attorneys for Defendants Carla Bean, Nicholas Bean, and Araiza Company, LLC.*

4

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document [PROPOSED] CONSENT ORDER AMENDING ENTERED TERMS was served on all counsel of record on April 10, 2017, by electronic means via CM/ECF of the District Court for the Middle District of Tennessee, including:

Doug Hanson
Eddie Wayland
Laura Mallory
King & Ballow
315 Union Street, Suite 1100
Nashville, TN 37201
T: (615) 726-5532
F: (888) 688-0482
dhanson@kingballow.com
rew@kingballow.com
lmallory@kingballow.com

Buddy D. Perry
Perry Law Firm
P.O. Box 183
Winchester, TN 37324
T: (931) 967-2676
F: (931) 967-4011
buddydperry@bellsouth.net

Paul Kent Bramlett
Robert P. Bramlett
Bramlett Law Offices
P.O. Box 150734
Nashville, TN 37215
T: (615) 248-2828
F: (615) 254-4116
pknashlaw@aol.com
robert@bramlettlawoffices.com

/s/ John F. Triggs
John F. Triggs